CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of California

**FILED**
Sep 18 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ ArminCortez  DEPUTY

EDUARDO FLORES

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SHARP GROSSMONT Hospital et al.

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **'25CV2449 RBM BLM**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: EDUARDO FLORES
Street Address: 1128 Lemon ave
City and County: El Cajon
State and Zip Code: CALIFORNIA 92020
Telephone Number: (619) 765 7426
E-mail Address: EdFloliger@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

1

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

Defendant No. 1

- Name: SHARP GROSSMONT
- Job or Title (if known): HOSPITAL
- Street Address: 5555 GROSSMONT CENTER DRIVE
- City and County: LA MESA
- State and Zip Code: California 91942
- Telephone Number: (619) 740 6000
- E-mail Address (if known):

Defendant No. 2

- Name: MARC EVAN, KOBERNICK, MD.
- Job or Title (if known): PHYSICIAN and SURGEON. G. 52533
- Street Address: 10240 WINECREECK COURT
- City and County: SAN DIEGO
- State and Zip Code: CALIFORNIA 92113
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

- Name: PETER M. HOAGLAND MD.
- Job or Title (if known): MD, FACC
- Street Address: 3131 berger ave,
- City and County: SAN DIEGO
- State and Zip Code: CALIFORNIA 92137
- Telephone Number: (858) 2446800
- E-mail Address (if known):

Defendant No. 4

- Name: (CDPH) CALIFORNIA DEPT. public Health T. Reyes, chief, DONNA Loza, MaNa Gen. administrator, Candence N.
- Job or Title (if known): Licensing and Certification Program (LSC)
- Street Address: 7575 Metropolitan DR #. 104
- City and County: SAN DIEGO
- State and Zip Code: CALIFORNIA 92108
- Telephone Number: (619) 2783700
- E-mail Address (if known):

2

ATTACHMENT

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

**Defendant No. 5**
- Name: WENDY M. BEHAN
- Job or Title (if known): JUDGE DPT. C-66
- Street Address: 330 WEST Broadway
- City and County: SAN DIEGO
- State and Zip Code: CA. 92101
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 6**
- Name: Timothy Taylor
- Job or Title (if known): JUDGE
- Street Address: 330 WEST Broadway
- City and County: SAN DIEGO
- State and Zip Code: CA. 92101
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 7**
- Name: Patrick F. Higle
- Job or Title (if known): Attorney for Defendant
- Street Address: 101 W. Broadway, Suit 1113
- City and County: San Diego
- State and Zip Code: Ca. 92101
- Telephone Number: (619) 233 5565
- E-mail Address (if known): Phigle@ktrlaw.com

**Defendant No.**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

2

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question    ☐ Diversity of Citizenship    ☐ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S. Code § 1331

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a Limited Liability Company (LLC)

    The defendant LLC's individual members, *(names)* _____ are citizens of the following States or foreign nations *(names)*: _____.

     c.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

     The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Venue

The Southern District of California includes the Counties of San Diego and Imperial. If <u>one</u> of the venue options below applies, the Southern District is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

- [x] a substantial part of the events I am suing about occurred in San Diego or Imperial County
- [ ] a substantial part of the property I am suing about is located in San Diego or Imperial County
- [x] I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity <u>and</u> I live in San Diego or Imperial County
- [x] at least one defendant resides in this district and all other defendants reside in California
- [ ] Other (identify the specific statute that says venue is proper here):

_____.

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## IV. Statement of Claim(s)

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain <u>what</u> each defendant did, <u>when</u> and <u>where</u> they did it, and <u>how</u> each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A. FIRST CLAIM FOR RELIEF: 25CFR § 11.420 tampering with Records (identify the law or right you claim was violated), by Grossmont Hospital, Marc Cobernick MD. (name the defendant(s) involved). Anny Coberly RN. Gaudette, Lewis RN.

Supporting Facts: (explain what happened): On June 25, 2008 I went to Kaiser permanent Urgent Care La mesa 8080 Park way Dr, La mesa, CA. 91942 because I was having chest pain they did an EKG Cardiogram they tell me that I was having a heart attack an I was and critical condition they call 911 they transfer me to the near Hospital, for further evaluation Sharp Grossmont Hospital 5555 Grossmont Dr. La mesa CA. 91942, wen I got there they rush me to the ER Rom and they did another EKG and a cardiac catheterization procedure were a nurce insent a catheren in to my leg an to haent, they intend to perform a surgery to do an open-heart surgery that I refuse in tampering with the Medical records EKG an Cardiac catherization they Destroyed, w/the intent to "deceive" an modify legitimate ones, like a Nothing happened to cover up a crime. regardless of whether it was done to protec the Hospital, or the individual Doctor. See Attachments. I ask this court to excuse me I don't know now to write an somtimes I have dificulty.

5

## IV. Statement of Claim(s) (cont'd)

B. SECOND CLAIM FOR RELIEF: 42 U.S.C. § 12101 a(1), (b)(1) (identify the law or right you claim was violated), by California Department Public Health (CDPH)

(name the defendant(s) involved). Teresita Reyes, Donna Loza, Candence Nagel

Supporting Facts (explain what happened): Facility: Grossmont Hospital #CA0064 1389 File on June 28, 2017 the complaint said, Grossmont Hospital destroyed Medical Records EKG an Cardiac Catheterization Procedure. When I, Refuse "open – heart surgery." June 25, 2008. I present a lot of evidence but was ignored EKG from Kaiser Permanent, ECG from Grossmont, and, they never was considered, for the employees of CDPH, the complaint was dismissed. I, appeal thi decision on year 2022, an they respond to me via email on March 13, 2023 with variety of accusation, mis Donna Loza, Teresita Reyes make an untrue accusations "they are not true" took me one year to respond the email on February 5, 2024 the EKG an the ECG were not listed on the Assessment Sheet the email April, 22 2023 these employees comfirm they did not find any statutory or regulatory violation based on the allegation. EKG and ECG from Grossmont Hospital 6 25, 2008 were not listed on the assessment sheet they collude with the Hospital see la Mesa PD Officer report Case No. 23027834 – Report No. 9804 Page - 2 of 2.... it appeared as troug he recived an EKG from Grossmont Hospital as hi claimed but they negleted to add it his medical records.....

C. THIRD CLAIM FOR RELIEF: 18 U.S Code § 1347 (identify the law or right you claim was violated), by PETER M. HOAGLAND MD.

(name the defendant(s) involved). Peter M. Hoagland MD; S.D. Cardiac Center.

Supporting Facts (explain what happened): On February 28, 2014 than you for asking me to see E. Flores for cardiac consultation. For pre-op clearance for brains surgery. History of present illness: "there is no definate history of heart attack". Diagnostic Tes discussion: ER visit Grossmont 2008 Ches pain abnormal ECG.... he had ECG 2008 snanges.... (but not quite as severe).... ignore the EKG from Kaiser ECG from Grossmont and EKG. there were not isted on the Assessment Sheet Report. on June 25, 2008. Emergency Department. Page 3 of 6 15:26 - EKG. - Marc Kobernick MD. (he intend to do veiliance). Plan Discussion: I did not uncover any significan heardisease His risk of a cardiac complication from neurosurgery is low. (Civil Code § 1710) intentional: tort acted with reckless disregard for the patient's safety.
1 Abnormal Treadmill, New
2 Abnormal EKG/ECG, Permanent condition
3 Cardio Vascular Exam pre-op permanent condition.
4 Palpitachions Permanent condition.
5 Chest discomfort/Presure, permanent condition.

6

CASD Pro Se Non-Prisoner Form (Rev 5/24) Complaint for a Civil Case

IV.  **Statement of Claim(s)**

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain <u>what</u> each defendant did, <u>when</u> and <u>where</u> they did it, and <u>how</u> each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A FOURTH CLAIM FOR RELIEF: 18 U.S. Code § 1621, 28 U.S. Code §§ 144, _____ (identify the law or right you claim was violated), by Judge: WENDY M. BEHAN.

(name the defendant(s) involved): Judge: TIMOThY Taylor, COURT business OFFICE personal

Supporting Facts: (explain what happened): Judge: Taylor, MINUTE Order date: 03/14/2017 DepT: C-72 Event type Ex Parte — to Quash Subpoenas... The Court... oral argument, I Never Presented No argument. the Judge, commits a legal error an lied He using Inappropiate Communication, yelling on Me. ON May 3, 2019 MOTION Hearing # ROA150 8:30 AM after I Make a Mistake in court I said "I don't Care about Money" the Judge yelling ON me, with stern voice. "Stop"... he used Inappropiate communication, the event was Not recorder on the Minute Orders, Court employees are expected to treat all individual with respect, "refrain" From discriminating. The Judge engaged in "Prevarication"

FIFTH Claim for Relief: Judge: WeNdy M. BeShan Amended MOTION Hearing 9/20/2024 time 9:30 AM DPT: 66 American with Disabilities Act (ADA) or a, Court accommodation under Calif-ornia Rule of court 1.100. Was Not granted "there were No records" MINUTE order: the Court INForms plaintiff IT Notes there is No ADA Request on File Nor a Request For court reporter. This unfairly Impacted My case, and. the Motion to Vacate Judgment was "Denied" and dismiss the case.

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

IV. **Statement of Claim(s)**

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain what each defendant did, when and where they did it, and how each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A. CLAIM FOR RELIEF: ADA TITLE II 28 U.S. Code 144 (identify the law or right you claim was violated), by Judge: WENDY M. BEHAN (name the defendant(s) involved).

Supporting Facts: (explain what happened): "CONTINUANCE" Judge decision to deny Reverse the trial court decision, U.S. Fith. Amendment an U.S. 14th Amendment garantees the equal Protection, Protec citizen From being tried unfairly, and my request for Act (ADA) accommodation was denied, From the Business office, the Judicial bias of Judge Taylor determined in defendant Sharp's Favor on or about August 30, 2019 (ROA) 165 "it Not true" my case was dismissed on May 3, 2019 Motion Hiring after I make a Mistake in the Judge, got the oportunity to use it in his Favor can dismiss the case with presudice". Officially the case was dismissed in August 30, 2019. Minute order: Date: 05/29/2025 Time: 7:00 AM Dept - C66 Officer WENDY M. BEHAN the Judge disposed de case, "a overseeing the case without any Justification for te act" Jumping to conclusions without concidering all the facts and errors From the Judge Taylor and the Busissnes office personal.

6

## IV. Statement of Claim(s)

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain <u>what</u> each defendant did, <u>when</u> and <u>where</u> they did it, and <u>how</u> each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A. Six CLAIM FOR RELIEF: 18 U.S.C. 1621 & 1623 (identify the law or right you claim was violated), by Patrick F Higlet Attorney for Defendant.

(name the defendant(s) involved). Jeffrey S. Doggett Attorney for Defendant

Supporting Facts (explain what happened): Defendant, Sharp Grossmont Hospital Opposition to Plaintiff Motion to Vacate the Sud Judgment. Page 7 - line 13 "Fraud".
The Trial Courte no Longer has Jurisdiction on the Case because there is no longer a genuine and existing controversy, Article III of the U.S. Constitution grants Federal courts the power to hear "Cases" and "Controversies". There means a lawsuit has based on a real and ongoing dispute between parties with a personal stake in the outcome. The defense attorney submitting false statements engaging in professional misconduct false reports to win a Medical Mal Practice case. They new that Grossmont Hospital was engaging in criminal, fraudulent conduct (destroying evidence E.K.G. Assessment Sheet page 3 of 6 June 25, 2008 15:26 EKG. - Mart Cobernick MD. E.C.G. was not listed on the assessment sheet. The cardiac catheterization was destroy to. An claiment "No controversy" is misleading the court. The evidence "don't lie". Grossmont Hospital tampering with the medical records. Oral argument. For the hearing on 02/09/2021 court of appeal N°: D071993 Final Additional Statement. Frank Higley: Tank you Justice Huffman, Patrick on behalf of Sharp Grossmont Hospital the only thing that saves him is that if he can prove tolling under 352 an there's no Fraud, there's no concealment, there is no retention of a foreign object.
The defense attorney's argument resembles a claim that the case is now ("Moot" but this application is incorrect in the context of 'Foud". See Attachment.
"I'M not sure about the accommodation argument that the appellant has put forward, I've never heard that, 2 Patrick.

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☒ Money damages in the amount of: __7.000.000.__

☐ Other (explain): _____

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/17/2025

Plaintiff's Signature: *Eduardo Flores*

Plaintiff's Printed Name: EDUARDO Flores